UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| PROFESSIONAL LOT MAINTENANCE, INC., | ) | |
| | ) | |
| Respondent. | ) | |

**PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

The United States of America, on behalf of its agency, the Internal Revenue Service, by Morris Pasqual, Acting United States Attorney, petitions for an order enforcing an IRS administrative summons served on respondent Professional Lot Maintenance, Inc., and alleges as follows:

1.      This is an action to enforce an Internal Revenue Service Summons issued to Professional Lot Maintenance, Inc.

2.      This action is brought pursuant to 26 U.S.C. §§ 7402(b) and 7604(a) to judicially enforce an Internal Revenue Service summons issued to Professional Lot Maintenance, Inc.  The court has jurisdiction pursuant to 28 U.S.C. §§ 1340 and 1345.

3.      The respondent, Professional Lot Maintenance, Inc., is a corporation with a principal place of business at 2500 Shoreline Heights Rd., Sterling, Illinois 61081, within the jurisdiction of this court.

4.      Julie Orr is a Revenue Officer of the Internal Revenue Service and is authorized to issue Internal Revenue Service summonses pursuant to 26 U.S.C. § 7602 and Treasury regulation 26 C.F.R. § 301.7602-1.

1

5.      Revenue Officer Julie Orr is attempting to collect information necessary to conduct the collection from Professional Lot Maintenance, Inc. of its Form 1120S failure to file penalty for the tax year ending December 31, 2017, and Form 941 employment tax liabilities for the taxable quarterly periods ending September 30, 2021, December 31, 2021, June 30, 2022, and December 31, 2022 (hereinafter "periods at issue").

6.      Revenue Officer Julie Orr, who issued the Internal Revenue Service Summons herein, served the summons on December 7, 2023, by personally serving Professional Lot Maintenance, Inc.'s president and registered agent Benjamin Francque.  The summons required that a representative of Professional Lot Maintenance, Inc., appear at 11:00 A.M. on December 18, 2023, at the IRS office located at 4920 East State Street, Suite 5, Rockford, Illinois, to provide the requested materials relating to the collection of the income tax and employment tax liabilities of Professional Lot Maintenance, Inc., for the periods at issue.  A copy of Revenue Officer Julie Orr's Declaration with respect to the Summons is attached as Exhibit A.  A copy of the Summons is attached as Exhibit B.

7.      On December 18, 2023, a representative of Professional Lot Maintenance, Inc. failed to appear.

8.      On January 24, 2024, a "last chance letter" was sent to Professional Lot Maintenance, Inc., by certified mail by the IRS Office of Chief Counsel proposing an alternate date to comply with the summons, scheduled for February 13, 2024, at the IRS office located in Rockford, Illinois.  The letter sent certified mail was returned as unclaimed to the IRS Office of Chief Counsel on February 22, 2204.  A copy of the aforementioned letter is attached as Exhibit C.

9.      That on February 13, 2024, the alternate compliance date, a representative of

Professional Lot Maintenance, Inc. failed to appear at the IRS office located in Rockford, Illinois.

10.     All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken.

11.     No recommendation for criminal prosecution of Professional Lot Maintenance, Inc., has been made by the IRS to the United States Department of Justice.

12.      That the failure of Professional Lot Maintenance, Inc., to comply with the summons continues to date.

WHEREFORE, petitioner United States requests:

a.     entry of an order directing the respondent, Professional Lot Maintenance, Inc., to show cause, if any, why it should not comply with the aforementioned summons and each and every requirement thereof, by ordering complete compliance with the Summons and specifically directing the summoned party to obey the Summons served upon it and ordering its attendance, and the production of the books, records, papers, and other data as required by the terms of the Summons before Revenue Officer Julie Orr or any other proper Agent of the Internal Revenue Service at such time and place as may be fixed by the Court;

b.     entry of an order directing respondent to obey the aforementioned summons and each and every requirement thereof by ordering the attendance, testimony, and production of the books, papers, records, or other data as is required and called for by the terms of the summons before Revenue Officer Julie Orr or any other proper officer or employee of the Internal Revenue Service at such time and place as may be fixed by Revenue Officer Julie Orr, or any other proper officer or employee of the Internal Revenue Service;

c.     an award of the United States costs; and

d.      such other and further relief as it deems just and proper.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By:  s/ Alexander R. Roche
    ALEXANDER R. ROCHE
    Special Assistant United States Attorney
    230 S. Dearborn St., STOP 1603 CHI
    Chicago, Illinois 60604
    (312) 292-2195
    alexander.r.roche@irscounsel.treas.gov

# Exhibit A

## DECLARATION

Julie Orr declares:

1.     I am a duly commissioned Revenue Officer employed in the Small Business/Self-Employed Division Midwest Compliance Area of the Internal Revenue Service at 4920 East States Street, Suite 5, Rockford, Illinois 61108.

2.     In my capacity as a Revenue Officer, I am conducting an investigation into the tax liability of Professional Lot Maintenance, Inc., for its Form 1120S failure-to-file penalty liability for the tax year ending December 31, 2017, and for its Form 941 employment tax liabilities for the taxable periods ending September 30, 2021, December 31, 2021, June 30, 2022, and December 31, 2022.

3.     In furtherance of the above investigation and in accordance with 26 U.S.C. § 7602, I issued, on December 7, 2023, an administrative summons, Internal Revenue Service Form 6637, to Professional Lot Maintenance, Inc., to produce for examination books, papers, records, or other data as described in said summons. The summons is attached to the petition as Exhibit B.

4.     In accordance with 26 U.S.C. § 7603, on December 7, 2023, I served an attested copy of the Internal Revenue Service summons described in Paragraph (3) above on the respondent, Professional Lot Maintenance, Inc., by hand delivering it to Professional Lot Maintenance, Inc.'s president and registered agent, Benjamin Francque, as evidenced in the certificate of service on the reverse side of the summons.

5.     A representative of respondent, Professional Lot Maintenance, Inc., did not appear on the date shown on the summons.

6.     On January 2, 2024, I referred the summons issued to respondent, Professional Lot Maintenance, Inc., to the Associate Area Counsel for the Internal Revenue Service.

**EXHIBIT A**

7. On January 24, 2024, a "last chance letter" was sent to Professional Lot Maintenance, Inc. by certified mail by the IRS Office of Chief Counsel proposing an alternate date to comply with the Summons, scheduled for February 13, 2024, at 10:30 a.m., at the IRS office located in Rockford, Illinois. A copy of the aforementioned letter is attached to the petition as Exhibit C.

8. On February 13, 2024, a representative of respondent, Professional Lot Maintenance, Inc., did not appear for the scheduled appointment and did not produce the records requested in the summons.

9. The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

10. All administrative steps required by the Internal Revenue Service for issuance of a summons have been taken.

11. As of the date that the summons was issued and served, and as of the day I signed this declaration, no recommendation for criminal prosecution of Professional Lot Maintenance, Inc. has been made by the IRS to the United States Department of Justice.

12. It is necessary to obtain the testimony and to examine the books, papers, records, or other data sought by the summons in order to properly investigate and collect the Form 1120S late filing penalty for the taxable year ending December 31, 2017 and the Form 941 employment tax liabilities for the taxable quarters ending September 30, 2021, December 31, 2021, June 30, 2022, and December 31, 2022 of Professional Lot Maintenance, Inc.

**EXHIBIT A**

2

13.    Professional Lot Maintenance's refusal to comply with the summons continues to the date of this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of June, 2024.

_____
Julie Orr, Revenue Officer

**EXHIBIT A**

3

# Exhibit B

# Summons
# Collection Information Statement

**In the matter of** PROFESSIONAL LOT MAINTENANCE INC, 2912 WOODLAWN RD, STERLING, IL 61081-4157

**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED

**Industry/Area** *(Identify by number or name)* Small Business / Self Employed

**Periods:** See Attachment 1 to Summons Form 6637 for Period Information

---

### The Commissioner of Internal Revenue

**To:** PROFESSIONAL LOT MAINTENANCE INC
**At:** 2500 SHORELINE HEIGHTS RD, STERLING, IL 61081

You are hereby summoned and required to appear before_, an Internal Revenue ServiceJ ORR *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

### From 06/01/2023 To 11/30/2023

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, stored value cards, online and mobile accounts, virtual currency, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

---

### Do not write in this space

---

**Business address and telephone number of IRS officer before whom you are to appear:**
4920 E. STATE ST., SUITE 5, ROCKFORD IL 61108 (779) 500-6774

**Place and time for appearance: At** 4920 E STATE ST, SUITE 5, ROCKFORD, IL 61108

on the 18th day of December, 2023 at 11:00 o'clock am.

**Issued under authority of the Internal Revenue Code this** 7th **day of** December , 2023

| Signature of issuing officer | Title |
|---|---|
| J ORR | REVENUE OFFICER |
| Signature of approving officer *(if applicable)* | Title |

Form **6637** (Rev. 6-2020)   Catalog Number 25000Q   publish.no.irs.gov   Department of the Treasury – Internal Revenue Service
Original -- to be kept by IRS

## EXHIBIT B

## Certificate of Service of Summons
### (Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|------|------|
| 12/7/23 | 4:20 pm |

**How Summons Was Served**

☒ 1. I handed an attested copy of the summons to the person to whom it was directed.

Benjamin Francque

☐ 2. I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person *(if any)*.

| Signature | Title |
|-----------|-------|
| *[signature]* | Revenue Officer |

**I certify that the copy of the summons served contained the required certification.**

| Signature | Title |
|-----------|-------|
| | |

## EXHIBIT B

## Attachment to Summons Form 1 6637

In the matter of _____ **PROFESSIONAL LOT MAINTENANCE INC**

Period information: Form 1120 for the fiscal periods ending December 31, 2017 and December 31, 2018 and Form 941 for the quarterly periods ending September 30, 2021, December 31, 2021, June 30, 2022 and December 31, 2022

# EXHIBIT B

# Exhibit C



OFFICE OF THE CHIEF COUNSEL

**DEPARTMENT OF THE TREASURY**

INTERNAL REVENUE SERVICE
OFFICE OF DIVISION COUNSEL
SMALL BUSINESS/SELF-EMPLOYED
230 S Dearborn St.
STOP 1603 CHI
CHICAGO, ILLINOIS 60604-1505
(312) 368-8228
EFAX: (855) 630-3811

January 24, 2024

CC:SB:4:CHI:3:SBalazia

**Via Certified Mail**

Professional Lot Maintenance Inc.
2500 Shoreline Heights Rd
Sterling, IL 61081

Dear Sir or Madam:

Small Business/Self-Employed Midwest Area Collection of the Internal Revenue Service has notified our office that you did not comply with the provisions of the summons served on you on December 7, 2023. Under the terms of the summons, you were required to appear before Revenue Officer on December 18, 2023.

Legal proceedings may be brought against you in the United States District Court for not complying with this summons. To avoid such proceedings, you are to appear before Revenue Agent:

          Name:   Julie Orr
          Date:   Feb 13, 2024
          Time:   10:30 A.M.
          Address:   4920 East State Steet, Suite 5, Rockford, IL 61108

Any books, records or other documents called for in the summons should be produced at that time. If you have any questions, please contact Revenue Officer Julie Orr at (779) 500-6774.

Sincerely,

*Stanislaw Balazia*

Stanislaw Balazia
Attorney (Chicago, Group 3)
(Small Business/Self-Employed)

# EXHIBIT C

Chief Counsel (IRS)
. Dearborn St.
)P 1603 CHI
ago, IL 60604

ness
Private Use, $300

CERTIFIED MAIL



7022 1670 0000 9159 5004

NEOPOST
01/24/2024
US POSTAGE $004.98⁰

FIRST-CLASS MAIL

US OFFICIAL MAIL
$300 Penalty
For Private Use
ZIP 60606
041M11120480

INTERNAL REVENUE SERVICE

FEB 22 2024

RECEIVED

93270106621 50147

Professional Lot Maintenance Inc.
2500 Shoreline Heights Rd
Sterling, IL 61081

NIXIE      601   DE  1      0002 18/24

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 60604150599      *1561-01368-26-03

UNC
61081-975400     6060415505

N.L.
1/29
Rc

1ST NOTICE
2ND NOTICE
RETURN

**EXHIBIT C**